**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:04-M-159A** **DATE: June 6, 2005**

**TITLE: UNITED STATES OF AMERICA v. JOSEPH MEDEIROS**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Adi Goldstein, AUSA
Jim McCormick, Esq. (CJA)
Heather McLoughlin, Pretrial Services

**PROCEEDINGS:**

Psychiatric Report Sealed
Attorneys address the Court
Deft Counsel requests follow up exam
Court denies request
Court accepts Psychiatric Report
Deft found competent