# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

***Case No. 1:04-M-159A***

RECEIVED
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

***To:*** ***WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **JOSEPH MEDEIROS**, to you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **6th** day of **June, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: May 31, 2005.

David A. DiMarzio, Clerk

*by* ______________________
*Jeannine Theall - Deputy Clerk*

COMPETENCY HEARING