UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 1:04-M-159A |
| | : | |
| JOSEPH MEDEIROS | : | |

**ORDER**

On June 6, 2005, a hearing was held, pursuant to 18 U.S.C. § 4241, to determine in the above-entitled matter Defendant's competency to stand trial. Based on the Forensic Report submitted to the Court on May 27, 2005 and prepared by Christine Scronce, Ph.D., Forensic Psychologist, Federal Medical Center, Devens, Massachusetts, the Court finds by a preponderance of the evidence that Defendant is not presently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense. Therefore, the Court finds that Defendant is mentally competent to stand trial pursuant to 18 U.S.C. § 4241(f).

PER ORDER:

Clerk

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
June 8, 2005