UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 1:04M159A

JOSEPH MEDEIROS

[redacted]

Now comes Defendant Joseph Medeiros who hereby moves this Honorable Court for a change of court-appointed counsel from James T. McCormick, presently appointed counsel, to Richard Corley. The reason for this motion is that defendant has a prior relationship with Attorney Corley of long duration which would facilitate the attorney/client relationship and thus promote an effective handling of this case. Defendant was formerly represented by the Federal Public Defender's Office but did not enjoy a good relationship, which thus led to the appointment of the undersigned counsel. Defendant's relationship with the undersigned counsel is better than with the Public Defender's Office; however, it is counsel's belief that defendant's representation by an attorney he knows and trusts would be in the interests of defendant and the Court.

The relationship between defendant and his attorney is complicated by mental health issues, including defendant's frequent suicidal ideations (as noted in his psychiatric evaluation), and defendant's choice to be confined in segregation rather than the general prison population.

For these reasons, defendant requests, and the undersigned counsel concurs, that appointment of Attorney Richard Corley is warranted. Attorney Corley has been contacted and would agree to accept representation.

DEFENDANT JOSEPH MEDEIROS

By his attorneys,

MCKENNA & McCORMICK

**JAMES T. McCORMICK (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

[redacted]

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorney on the 23RD day of June 2005:

Asst. U. S. Atty. Adi Goldstein
**U. S. Department of Justice**
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Richard Corley, Esq.
**Corley, Taveras & Petrarca, LLP**
127 Dorrance Street
Providence, RI 02903

Mr. Joseph Medeiros
**ACI—Intake Service Center**
P. O. Box 8249
Cranston, RI 02920