**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:04-M-159A** **DATE: July 11, 2005**

**TITLE: USA v. Joseph Medeiros**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Adi Goldstein, AUSA
Jim McCormick, Esq.
Rick Corley, Esq.

**PROCEEDINGS:**

Defendant's Motion for Change of Appointed Counsel

Court reviews history of attorney representation.
Court questions Deft.
Deft understands and requests for change of counsel.
No objection from the Govt.
Atty Corley enters his appearance.
Court grants motion and Atty Corley appointed.
Oral Motion by Atty McCormick to withdraw.
Court grants oral motion.