FILED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR NO. 1:04M159A

JOSEPH MEDEIROS

[redacted]

Now comes Defendant Joseph Medeiros who hereby moves this Honorable Court for a change of court-appointed counsel from James T. McCormick, presently appointed counsel, to Richard Corley. The reason for this motion is that defendant has a prior relationship with Attorney Corley of long duration which would facilitate the attorney/client relationship and thus promote an effective handling of this case. Defendant was formerly represented by the Federal Public Defender's Office but did not enjoy a good relationship, which thus led to the appointment of the undersigned counsel. Defendant's relationship with the undersigned counsel is better than with the Public Defender's Office; however, it is counsel's belief that defendant's representation by an attorney he knows and trusts would be in the interests of defendant and the Court.

The relationship between defendant and his attorney is complicated by mental health issues, including defendant's frequent suicidal ideations (as noted in his psychiatric evaluation), and defendant's choice to be confined in segregation rather than the general prison population.

7/11/05: GRANTED. ATTY. CORLEY IS APPOINTED TO REPRESENT DEFENDANT. ATTY. McCORMICK'S MOTION (ORAL) TO WITHDRAW IS GRANTED.
USMJ