AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U.S.A. v. Joseph Medeiros

APPEARANCE

CASE NUMBER: 1:04-M 155A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant

I certify that I am admitted to practice in this court.

7/11/05
*Date*

Richard K Corley
*Signature*

Richard K. Corley 2965
*Print Name* *Bar Number*

127 Dorrance St 2d Floor
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-861-2100 861-2139
*Phone Number* *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.