IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 05 86 T

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. |
| | ) | In violation of 18 U.S.C. §§ |
| v. | ) | 922(g)(1),924(c)(1)(A)(ii)& |
| | ) | (B)(i), 1951, and 26 U.S.C. §§ |
| | ) | 5841, 5861(d) and 5871 |
| JOSEPH MEDEIROS | ) | |

INFORMATION

The United States Attorney for the District of Rhode Island charges:

COUNT 1

On or about May 18, 2004, in the District of Rhode Island the defendant, JOSEPH MEDEIROS, did unlawfully obstruct, delay and affect commerce, and attempt to obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, by robbery and attempted robbery, in that the defendant, did unlawfully take and attempt to take personal property consisting of United States currency from the premises of the East Providence Yacht Club, located at 9 Pier Road, Providence, Rhode Island, and in the presence of Helena O'Neill, against her will, and by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person and property.

All in violation of 18 U.S.C. § 1951.

COUNT 2

On or about May 18, 2004, in the District of Rhode Island, the defendant, JOSEPH MEDEIROS, knowingly used, carried, and brandished a firearm that is a short-barreled shotgun, to wit, a Savage Arms, Model 94, 12 gauge shotgun, serial number R026919, with a barrel length of less than 18 inches and an overall length of less than 26 inches, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is robbery and attempted robbery, in violation of 18 U.S.C. § 1951, as charged in Count 1 of this Information.

All in violation of 18 U.S.C. § 924(c)(1)(A)(ii)& (B)(i).

COUNT 3

On or about May 18, 2004, in the District of Rhode Island, the defendant, JOSEPH MEDEIROS, who was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess, in and affecting commerce, firearms, that is, a Savage Arms, Model 94, 12 gauge shotgun, serial number R026919, and a Titan .25 caliber semi-automatic handgun, serial number B53505.

In violation of 18 U.S.C. § 922(g)(1).

COUNT 4

On or about May 18, 2004, in the District of Rhode Island, the defendant, JOSEPH MEDEIROS, knowingly possessed a firearm,

that is, a Savage Arms, Model 94, 12 gauge shotgun, serial number R026919, with a barrel length of less than 18 inches and an overall length of less than 26 inches, not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5861(d) and 5871.

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

KENNETH P. MADDEN
First Assistant U.S. Attorney

Dated: August 1, 2005