**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-86T** **DATE: August 9, 2005**

**TITLE: USA v. Joseph Medeiros**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**
Adi Goldstein, AUSA
Rick Corley, Esq.
Heather McLoughlin, Pretrial Services

**PROCEEDINGS:**

Arraignment on Criminal Information:

Deft informed of rights and charges.
Deft understands rights and charges.
Waiver of Indictment.
Court questions Deft.
Deft understands rights and waiver.
Court accepts waiver.
Not guilty plea entered.
Govt requests detention.
No argument.
Deft remanded to custody at ACI.