AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JOSEPH MEDEIROS

WAIVER OF INDICTMENT

CR 05 86 T

CASE NUMBER:

I, JOSEPH MEDEIROS, the above named defendant, who is accused of violating 18 U.S.C. Sections 922(g)(1), 924 (c)(1)(A)(ii) & (B)(i), 1951, and 26 U.S.C. Sections 5841, 5861(d) and 5871

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 9, 2005 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Joseph R Medeiros

*Defendant*

Richard K Corley

*Counsel for Defendant*

Before ______________________

*Judicial Officer*

This form was electronically produced by Elite Federal Forms, Inc.