# UNITED STATES DISTRICT COURT
*for the*
*District of Rhode Island*

RECEIVED
AUG 03 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

*Case No. CR05-86T*

*To:* *Warden*
*ACI*
*Cranston, RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **JOSEPH MEDEIROS**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:30 o'clock a.m.**, on the **9th** day of **August, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: August 3, 2005.

David A. DiMarzio, Clerk

ARRAIGNMENT ON CRIMINAL INFORMATION

by *Jeannine Theall - Deputy Clerk*