RECEIVED
AUG 15 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR05-86T***

***To:*** *Warden*
*ACI*
*Cranston, RI 02920*

YOU ARE HEREBY COMMANDED, to have the body of Joseph Medeiros, by you restrained of his liberty, as it is said, by whatsoever means detained, together with the day and cause of his being detained, before the Honorable Ernest **C.** Torres, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:45** o'clock **a.m.,** on the **14th** day of October, 2005, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**I hereby certify and return that** I did bring before the court the within named defendant, on the **date** and **time ordered.**

**Deputy U.S. Marshal**

WITNESS the Honorable Ernest **C. Torres**

United States Chief Judge at Providence, RI
Dated: August 12,2005.

David A. DiMarzio, Clerk

Change of Plea Hearing

*By* ***Ryan Jackson - Deputy Clerk***