AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

United States of America V. Joseph Medeiros

CASE NUMBER: CR05-86T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Adi Goldstein, AUSA | Richard K. Corley, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/7/05 | Angela Reynolds | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/7/05 | | X | 911 Call - E.P. Yacht Club 5/18/04 |
| 2 | | 11/7/05 | | X | 911 Call - Mulhearn's Pub 5/18/04 |
| 3 | | 11/7/05 | | X | Affidavit of Chistina Zigas |
| 4 | | 11/7/05 | | X | Affidavit of Helena M. O'Neill |
| 5 | | 11/7/05 | | X | Transcript of Testimony of Detective Nelson at Bail Hearing in R.I. State Court |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.